UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-74

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CRYSTAL LORRAINE THOMAS,** | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the court on the government's Motion for Dismissal of Order of Continuing Garnishment. As defendant is no longer employed by garnishee Homegoods, Inc., the court agrees that it is futile to continue garnishing wages from that employer. Having thus considered the government's motion and reviewed the pleadings, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of Order of Continuing Garnishment (#18) is **GRANTED**, and the Order of Continuing Garnishment (#16) filed on August 8, 2017 is **DISMISSED**.

Signed: April 13, 2018

Max O. Cogburn Jr.
United States District Judge

