UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:99-cr-00074-MOC-DSC

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| **CRYSTAL LORRAINE THOMAS,** | ) | |
| Defendant, | ) | |
| and | ) | |
| **ABRA, INC.,** | ) | |
| Garnishee. | ) | |

**THIS MATTER** is before the Court on the government's Motion for Dismissal of Order of Continuing Garnishment. Having considered the government's motion and reviewed the pleadings, the Court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that the government's Motion for Dismissal of order of Continuing Garnishment (#28) is **GRANTED**, and the Order of Continuing Garnishment (#26) is **DISMISSED**.

Signed: September 6, 2018

Max O. Cogburn Jr
United States District Judge